AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture **ORIGINAL**


FILED
JUL - 5 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
$190,297.67 in funds seized from TowneBank ) Case No. 4:17-sw- 37
account #s 0233115641, 0233113916 and )
0233113975 by Virginia Beach Police )

### WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ Eastern _____ District of _____ Virginia _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

$190,297.67 in funds seized from TowneBank account #s 0233115641, 0233113916 and 0233113975 by Virginia Beach Police

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____ 07/13/2017 _____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____ Robert J. Krask, U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: June 29, 2017 @ 12:30 p.m.   /s/ Robert J. Krask
                                                   *Judge's signature*

City and state: Norfolk, Virginia   Robert J. Krask, U.S. Magistrate Judge
                                    *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 4:17-sw-37 | Date and time warrant executed: 6/30/17 1:45 P.M. | Copy of warrant and inventory left with: Linda Richardson VBPD |
| Inventory made in the presence of: Virginia Beach PD Detective Rex Hahn | | |
| Inventory of the property taken: One check payable to: U.S. Secret Service in the amount of $190,297.67 dated 6/30/17 from the City of Virginia Beach, VA - Police Dept. Property & Evidence. Check # 2348 | | |

FILED
JUL -5 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/5/17

_Tanya O'Connell_
Executing officer's signature

Tanya O'Connell, Special Agent
Printed name and title